UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA GONZALEZ SAZO DE PEREZ,<br><br>    Petitioner,<br><br>v.<br><br>JAMES JANECKA ET AL,<br><br>    Respondent. | Case No. 5:26-cv-00018-AB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, Respondents' Objection and Petitioner's Reply.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** Petitioner's petition and **ORDERING** Respondents to release Petitioner forthwith.

Dated: March 10, 2026

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge