JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEFINA GONZALEZ SAZO DE PEREZ,

                    Petitioner,

         v.

JAMES JANECKA ET AL,

                   Respondent.

Case No. 5:26-cv-00018-AB (MAR)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondent is to release Petitioner forthwith.

Dated: March 10, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge